UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael S. Ackerman, Esq. (011191976)
Law Offices of Michael S. Ackerman, LLC
2001 Route 46 Suite 310
Waterview Plaza
Parsippany, NJ 07054
973-829-0115
Attorneys for 5 Dogwood, LLC

Order Filed on December 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Theodore J. Delen,

        Debtor.

Case No.: 24-15856

Chapter: 13

Hearing Date: 12/11/2025

Judge: John K. Sherwood

# ORDER
## RESOLVING OBJECTION TO MODIFIED CHAPTER 13 PLAN AND MODIFICATION OF STAY TO PERMIT SURPLUS FUNDS APPLICATION TO PROCEED

The relief set forth on the following pages, numbered two (2) through __three (3)__, is **ORDERED**.

DATED: December 10, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael S. Ackerman, Esq. (011191976)
Law Offices of Michael S. Ackerman, LLC
2001 Route 46 Suite 310
Waterview Plaza
Parsippany, NJ 07054
973-829-0115 (O)

*Attorneys for 5 Dogwood, LLC*

| | |
|---|---|
| In re:<br><br>Theodore J. Delen,<br><br>Debtor. | CHAPTER 13<br>CASE NO. 24-15856 (JKS)<br><br>**ORDER RESOLVING OBJECTION TO MODIFIED CHAPTER 13 PLAN AND MODIFICATION OF STAY TO PERMIT SURPLUS FUNDS APPLICATION TO PROCEED** |

This matter being brought before the Court by virtue of the Debtor having filed a Post Confirmation Modification of his Chapter 13 Plan and the Party, 5 Dogwood, LLC, having filed an Objection to the Debtor's Modified Plan, and it further appearing that the Parties having resolved their respective claims as to the surplus funds presently being held by the Clerk of the Superior Court of New Jersey, and for good cause shown, it is

**ORDERED, ADJUDGED** and **DECREED** that

The Objection to the Debtor's Post Confirmation Modified plan is hereby withdrawn, and it is

**FURTHER ORDERED, ADJUDGED,** and **DECREED** that the Debtor and 5 Dogwood, LLC have resolved their respective claims as to the surplus funds presently

2

being held by the Clerk of the Superior Court of New Jersey, with 5 Dogwood, LLC having a valid first claim on said surplus of THIRTY SEVEN THOUSAND DOLLARS ($37,000.00) without interest, and the Debtor and his non-filing spouse, Karen Delen, and the non-filing business entity, KMTJ, LLC shall be entitled to the balance of the aforesaid surplus funds with interest, and it is

Further **ORDERED, ADJUDGED**, and **DECREED** that the Automatic Stay is hereby modified so that the Debtor and 5 Dogwood, LLC may proceed to apply to the Superior Court of New Jersey, Chancery Division, Hudson County for an order distributing the force said surplus funds.

Dated: _____

_____
Honorable John K. Sherwood

I hereby consent to the form and entry of the within order.

Law Offices of Michael S. Ackerman, LLC
Attorney for 5 Dogwood, LLC

*/s/ Michael S. Ackerman*
Michael S. Ackerman

_____
Paul Gauer
Attorney for Theodore J. Delen

3

United States Bankruptcy Court

District of New Jersey

In re:  
Theodore J Delen  
    Debtor

Case No. 24-15856-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

**Recip ID**    **Recipient Name and Address**  
db      + Theodore J Delen, 19 W. Bradford Ave, Cedar Grove, NJ 07009-1803

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

**Name**    **Email Address**

Cory Francis Woerner  
    on behalf of Creditor CSMC 2019-RPL10 Trust cwoerner@raslg.com

Ira J. Metrick  
    on behalf of Debtor Theodore J Delen ira@metrickesq.com  
    ira@metrickesq.com;ysylver@gmail.com;yvonne@metrickesq.com;metricklaw@gmail.com

Kenneth Borger, Jr  
    on behalf of Creditor CSMC 2019-RPL10 Trust kborger@raslg.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Nathalie Rodriguez  
    on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Paul Gauer

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

                        on behalf of Debtor Theodore J Delen gauerlaw@aol.com

U.S. Trustee

                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7